UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERIK WHIPPLE,                                    Case No. 24-12088

      Plaintiff,                                 Hon. F. Kay Behm
v.                                                United States District Judge

YVONNE BRANTLEY,

      Defendant.
_____ /

## **JUDGMENT**

It is **ORDERED** that, in accordance with the order granting default judgment filed on this same day, judgment is entered in favor of Plaintiff Merik Whipple and against Defendant Yvonne Brantley in the amount of $36,395.80 in compensatory damages, $5,000 in punitive damages, $6,947.50 in attorney's fees, and $592.00 in costs and expenses, totaling $48,935.30.  Post-judgment interest will accrue as permitted by law.  *See* 28 U.S.C. § 1961.

    **SO ORDERED**.

Date: February 6, 2026                    s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge

1